UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

"UNDER SEAL"

| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:06cr46 |
|---|---|---|
| | ) | |
| v. | ) | MOTION TO SEAL INDICTMENT |
| | ) | |
| RAFAEL BARRERA PINEDA | ) | |
| A/K/A "QUINTERO" | ) | |

NOW COMES the United States of America, by and through Gretchen C.F. Shappert, United States Attorney for the Western District of North Carolina, who moves this Court for an Order directing that the Bill of Indictment in this matter be sealed immediately, following the filing of same, and that same remain sealed until further order of this Court, pursuant to the on-going investigation in this matter.

This the 1ST day of March, 2006.

GRETCHEN C. F. SHAPPERT
UNITED STATES ATTORNEY

KEVIN ZOLOT
ASSISTANT UNITED STATES ATTORNEY