# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:06-CR-00046-RJC-DSC

| | |
|---|---|
| USA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| RAFAEL BARRERA PINEDA, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**THIS MATTER** is before the Court upon the Government's Motion to Dismiss, (Doc. No. 6), the Indictment, (Doc. No. 3), without prejudice.

**IT IS ORDERED** that the Government's motion, (Doc. No. 6), is **GRANTED** and the Indictment, (Doc. No. 3), is **DISMISSED** without prejudice.

Signed: February 14, 2017

Robert J. Conrad, Jr.
United States District Judge